IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CURTIS L. BUSH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD BURPEE, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court after noting plaintiff had ninety days from February 5, 2007, to obtain service of process on defendants (Filing No. 8). No service is evidenced in the file, and no extension has been sought. Accordingly,

IT IS ORDERED that this action is dismissed without prejudice.

DATED this 9th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court